CATHARINE HYNDS, Respondent, *v.* BROOKLYN HEIGHTS
RAILROAD COMPANY, Appellant.

*Hynds* v. *Brooklyn Heights R. R. Co.*, 111 App. Div. 339, affirmed.
(Argued April 15, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the second judicial department, entered
March 8, 1906, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for personal injuries alleged
to have been received through defendant's negligence.

*I. R. Oeland* and *George D. Yeomans* for appellant.

*George V. Brower* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

MARCELLA M. KEEFE, Respondent, *v.* THE LIVERPOOL AND
LONDON AND GLOBE INSURANCE COMPANY, Appellant.

*Keefe* v. *Liverpool & London & Globe Ins. Co.*, 111 App. Div. 907,
affirmed.
(Argued April 15, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 6, 1906, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover upon a policy of fire
insurance.

*Thomas S. Jones* for appellant.

*D. F. Searle* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, WERNER and WILLARD BARTLETT, JJ. Not sitting:
HISCOCK, J.